UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION at LEXINGTON

| | | |
|---|---|---|
| MARTAY LOVE | ) | |
| | ) | |
| Plaintiff | ) | Civil Action No. 5: 08-303-KSF |
| | ) | |
| V. | ) | |
| | ) | |
| DR. GROWSE, ET AL. | ) | **JUDGMENT** |
| | ) | |
| Defendants | ) | |

\*\*\*\*   \*\*\*\*   \*\*\*\*

In accordance with the Memorandum Opinion and Order entered this date and pursuant to Rule 58 of the Federal Rules of Civil Procedure, it is hereby

**ORDERED** and **ADJUDGED** as follows:

1.  Plaintiff Martay Love has filed a Complaint asserting civil rights claims under 28 U.S.C. § 1331, pursuant to the doctrine announced in *Bivens v. Six Unknown Fed. Narcotics Agents*, 403 U.S. 388 (1971), against Defendants Dr. Growse; Dr. Holbrook; Nurse Carpenter; and Mr. Cox.

2.  The Complaint [DE 2] is **DISMISSED WITH PREJUDICE**.

3.  Judgment is entered in favor of the Defendants.

4.  This is a **FINAL** and **APPEALABLE** Judgment and there is no just cause for delay.

5.  The Court certifies that any appeal would not be taken in good faith. 28 U.S.C. § 1915(a)(3); *McGore v. Wrigglesworth*, 114 F.3d 601, 610-11 (6th Cir. 1997); *Kincade v. Sparkman*, 117 F.3d 949 (6th Cir. 1997).

6.   This matter is **DISMISSED** and **STRICKEN** from the Court's docket.

This 3rd day of October, 2008.



Signed By:

*Karl S. Forester* KSF

United States Senior Judge